UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

VICKIE JO KARNOS,

        Plaintiff,

    v.

GENERAL ELECTRIC COMPANY, et al.,

        Defendants.
_____/

NO. CIV. 08-1121 WBS KJM

ORDER OF RECUSAL

----oo0oo----

Pursuant to the provisions of 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in defendant General Electric Company.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Any dates previously set in this case are hereby

///

VACATED. The parties are referred to the Order Setting Status (Pretrial Scheduling) Conference filed on May 12, 2008.

DATED: June 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2