Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 2 6 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By:  s/Renee Schumitsh
Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 10 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: GADOLINIUM CONTRAST DYES PRODUCTS LIABILITY LITIGATION**

MDL No. 1909

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-10)**

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1380 (J.P.M.L. 2008). Since that time, 81 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

JUN 2 6 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION                                                      MDL No. 1909

## SCHEDULE CTO-10 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARIZONA** | |
| AZ 4 08-314 | Roger L. Saufley v. General Electric Co., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 08-1115 | Margaret Lee v. General Electric Co., et al. |
| CAE 2 08-1121 | Vickie Jo Karnos v. General Electric Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 5 08-2562 | David Hilary v. General Electric Co., et al. |
| **FLORIDA MIDDLE** | |
| FLM 6 08-795 | Randall Boykins, et al. v. General Electric Co., et al. |
| **GEORGIA NORTHERN** | |
| GAN 2 08-97 | Dorothy Galloway v. General Electric Co., et al. |
| GAN 4 08-87 | Nicholas Brandon Lewis v. General Electric Co., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 08-368 | Frances Anderson v. General Electric Co., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 08-4786 | Tommy Smith, et al. v. General Electric Co., et al. |
| NYS 1 08-4787 | Alesia Barnes v. General Electric Co., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 2 08-715 | Barbara Martz, etc. v. General Electric Co., et al. |
| **TEXAS EASTERN** | |
| TXE 1 08-303 | Sophia Perkins v. General Electric Co., et al. |